UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY AUSAMA | § | C.A. NO. 3:19-cv-00015 |
| | § | |
| VS. | § | |
| | § | |
| ARENA OFFSHORE, LP, ET AL | § | |
| ARENA OFFSHORE OPERATING, LLC, | § | |
| C & G BOATS, INC. and | § | |
| *MS. EMELIE ROSE, IN REM* | § | JURY TRIAL DEMANDED |

## STIPULATION OF PARTIAL DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff Terry Ausama, and files this Stipulation pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., dismissing his claims, without prejudice, against Defendants C & G Boats, Inc. and *Ms. Emelie Rose, in rem,* only, each party to bear its own costs.

Respectfully submitted,

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti
SBN 24076708 / SDTX 1139660
marcus@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:  713.653.5600
Facsimile:  713.653.5656

**ATTORNEY FOR PLAINTIFF**

        */s/ Alan J. Meche*
        Alan J. Meche
        AlanMeche@AllenGooch.com
        SBN 23025530 / SDTX ID 26387
        ALLEN & GOOCH
        2000 Kaliste Saloom Rd., Suite 400
        Lafayette, Louisiana 70508
        Telephone:   337.291.1480
        Facsimile:    337.291.1485

        **ATTORNEYS FOR DEFENDANT**
        **C & G BOATS, INC.**

        */s/ Kenneth W. Bullock, II*
        Kenneth W. Bullock, II
        kbullock@munsch.com
        SBN No. 24055227
        MUNSCH HARDT KOPF & HARR, P.C.
        700 Milam, 27th Floor
        Houston, Texas 77002
        Telephone:   713.222.1470
        Facsimile:    713.222.1475

        **ATTORNEYS FOR DEFENDANTS**
        **ARENA OFFSHORE, LP and**
        **ARENA OFFSHORE OPERATING, LLC**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing was on this date automatically accomplished on all counsel of record via CM/ECF Notice of Electronic Filing, in accordance with the Federal Rules of Civil Procedure on this 7th day of March, 2019.

        */s/ Marcus R. Spagnoletti*
        Marcus R. Spagnoletti