United States District Court
Southern District of Texas
**ENTERED**
March 26, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **TERRY AUSAMA** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-cv-00015 |
| | § | |
| **ARENA OFFSHORE, LP, ET AL** | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF TWENTY-FIVE PAGES

Before the Court is Plaintiff Terry Ausama's unopposed motion to file a response to the summary-judgment motion filed by Defendants Arena Offshore, LP and Arena Offshore Operating, LLC that exceeds the twenty-five page limit by twelve pages. The motion is **GRANTED**.

Signed on Galveston Island this 26th day of March, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE