# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Terry Ausama

v.  Case Number: 3:19–cv–00015

Arena Offshore, LP, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**PLACE:**
by telephone
    Dial in Number: 409-763-7801
    Conference ID: 37801#
    Password: 13579#
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 7/14/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Summary Judgment – #39

Date:   May 6, 2020                       David J. Bradley, Clerk