# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **TERRY AUSAMA** | § | **CIVIL ACTION NO. 3:19-cv-00015** |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **ARENA OFFSHORE, LP, ET AL.** | § | |
| *Defendants.* | § | **JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective immediately, the undersigned counsel of record for Defendants Arena Offshore, LP and Arena Offshore Operating, LLC in the above-referenced matter, has changed law firm affiliation and addresses. All future pleadings, notices, correspondence, and other documents concerning the above-referenced matter should be addressed to the undersigned as follows:

Kenneth W. Bullock II
FROST BROWN TODD LLC
4400 Post Oak Parkway, Suite 2850
Houston, Texas 77027
Telephone:     713-590-9300
Facsimile:     713-590-9399
kbullock@fbtlaw.com

- 2 -

        Respectfully submitted,

        By: *Kenneth W. Bullock II*
            Kenneth W. Bullock II
            State Bar No. 24055227
        FROST BROWN TODD LLC
        4400 Post Oak Parkway, Suite 2850
        Houston, Texas 77027
        Telephone: 713-590-9300
        Facsimile: 713-590-9399
        kbullock@fbtlaw.com

        **ATTORNEY FOR DEFENDANTS**
        **ARENA OFFSHORE, LP AND**
        **ARENA OFFSHORE OPERATING, LLC**

## CERTIFICATE OF SERVICE

        I hereby certify that on this, the 6th day of August 2020, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, and hereby certify I have served a copy of the foregoing to any known non-CM/ECF participants identified below, if any.

        *Kenneth W. Bullock II*
        Kenneth W. Bullock II