UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY AUSAMA | § | C.A. NO. 3:19-cv-00015 |
| | § | |
| VS. | § | |
| | § | |
| ARENA OFFSHORE, LP, ET AL | § | JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

All claims in the above matter having been compromised and concluded, this matter is hereby dismissed, with prejudice, each party to bear its own costs.

THIS IS A FINAL JUDGMENT.

SIGNED on Galveston Island this 24th day of August, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE